**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

January 12, 2015

<u>Via Electronic Case Filing System</u>
Honorable Gary R. Brown
U.S. District Court for the Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY  11722-9014

Re:   *Lyle Silver, et al. v. Selwyn Karp, et al*, E.D.N.Y. No. 14 Civ. 5226 (DRH)(GRB)

Dear Judge Brown:

    This firm has been retained today to act as counsel to represent all of the plaintiffs in the above-referenced action, as well as newly named third party defendant, Scott Silver. A motion for substitution of counsel/notice of appearance will be filed shortly. In addition, we understand the partnership defendant parties are still not represented. Pursuant to Your Honor's Individual Practice Rules and the Initial Conference Order, we respectfully submit this letter-motion seeking an adjournment of the January 14, 2015 11:30 am conference to February 11, 2015 at 11:30 am. This proposed adjournment will provide time for Dickstein Shapiro to become familiar with the facts of the case and allow the parties to meet and confer with respect to a proposed discovery plan. No other adjournments of the conference date have been requested.

    Counsel for the individual defendants, Selwyn Karp, Beth E. Karp, and Jeffrey Karp, consent to this proposed adjournment. We understand that counsel has not yet been retained for the two defendant partnerships, the Beth Karp & Lyle Silver Partnership and the Jeffrey Karp, Beth Karp & David Silver Partnership.

    We thank the Court for its attention to this request.

Respectfully,

Jeffrey A. Mitchell

cc:   Counsel of Record via ECF