# ROSENBERG FORTUNA & LAITMAN · LLP

**ATTORNEYS AT LAW**
666 Old Country Road, Suite 810
Garden City, NY 11530

New York City
110 East 59th Street
New York, New York 10022
(212) 980-6666
Not For Service of Legal Papers

Telephone: (516) 228-6666
Facsimile: (516) 228-6672

Anthony R. Filosa
Partner
Anthony@rosenbergfortuna.com

March 30, 2015

**VIA ECF**

Magistrate Judge Gary R. Brown
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Lyle P. Silver, *et al.* v. Selwyn Karp, *et al.***
              **United States District Court for the Eastern District of New York**
              **Civil Action No. 14-cv-05226-(DRH)(GB)**

Dear Magistrate Judge Brown:

As the Court may recall, this office represents the defendants and third-party plaintiff in the above referenced action.

I am pleased to report that counsel for the parties met and conferred with respect to a discovery plan in this action and have agreed upon a discovery schedule. That agreement is reflected in the attached Discovery Plan Worksheet pursuant to your Honor's individual rules. Counsel for both parties respectfully request that the Court either so-order the attached Discovery Plan Worksheet or issue a Scheduling Order which embodies the dates agreed upon in the attached Discovery Plan.

In light of counsels' agreement with respect to a plan for discovery, and in light of the illness of defendant and third-party plaintiff Selwyn Karp, which has required his hospitalization, the parties jointly request that the conference currently scheduled for April 2, 2015 be adjourned to April 23, 2015 at 10:30 a.m., or as soon thereafter as the Court may hear the parties. The brief adjournment will allow Mr. Karp to recuperate and also permit the parties to determine whether they will need the Court's intervention to narrow or resolve any issues in dispute or to simply proceed with the discovery plan as agreed upon.

ROSENBERG FORTUNA & LAITMAN·LLP

March 30, 2015
Page 2

        On behalf of counsel for both parties, we thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      **ANTHONY R. FILOSA**

ARF:dmg
Enclosure
cc:    Dickstein Shapiro LLP (**via ECF**)
        Attention:    Jeffrey Mitchell, Esq.
        Dickstein Shapiro LLP (**via ECF**)
        Attention:    Colleen Kilfoyle, Esq.

ROSENBERG FORTUNA & LAITMAN·LLP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LYLE SILVER, an individual and DAVID SILVER,
an individual,

                               Plaintiffs,

                -against-

SELWYN KARP; BETH E. KARP; JEFFREY KARP;
BETH KARP & LYLE SILVER PARTNERSHIP; and
JEFFREY KARP; BETH KARP & DAVID SILVER
PARTNERSHIP,

                               Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
SELWYN KARP,

                     Third-Party Plaintiff,

              -against-

SCOTT SILVER,

                     Third-Party Defendant,

STEPHEN SILVER,

                     Additional Counterclaim
                     Plaintiff.
-----------------------------------------------------------------X

**DISCOVERY PLAN**
**WORKSHEET**

Civil Action No.
14-CV-5226 (DRH) (GRB)

Civil Action No.
14-CV-5226 (DRH) (GRB)

## Phase I (Pre-Settlement Discovery)

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: | May 29, 2015 |
| Completion date for Phase I Discovery as agreed upon by the parties | May 29, 2015 |

## Phase II Discovery and Motion Practice

| | |
|---|---|
| Motion to join new parties or amend the pleadings: | July 31, 2015 |

| | |
|---|---|
| First requests for production of documents and for interrogatories due by: | May 18, 2015 |
| Responses to requests for production of documents and interrogatories: | June 30, 2015 |
| All fact discovery completed by: | October 16, 2015 |
| Exchange or expert reports completed by: | November 16, 2015 |
| Expert depositions completed by: | December 31, 2015 |
| **COMPLETION OF ALL DISCOVERY BY:** | **January 15, 2016** |