# ROSENBERG FORTUNA & LAITMAN LLP

ATTORNEYS AT LAW
666 Old Country Road, Suite 810
Garden City, NY 11530

New York City
110 East 59th Street
New York, New York 10022
(212) 980-6666
Not For Service of Legal Papers

Telephone: (516) 228-6666
Facsimile:  (516) 228-6672

Anthony R. Filosa
Partner
Anthony@rosenbergfortuna.com

April 22, 2015

**VIA ECF**

Magistrate Judge Gary R. Brown
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:   **Lyle P. Silver, *et al.* v. Selwyn Karp, *et al.*
> United States District Court for the Eastern District of New York
> Civil Action No. 14-cv-05226-(DRH)(GB)**

Dear Magistrate Judge Brown:

As the Court may recall, this office represents the defendant and third-party plaintiff Selwyn Karp, and defendants Beth Karp and Jeffrey Karp (collectively, the "**Karps**") in the above referenced action.

I write pursuant to your Honor's March 31, 2015 Order [ECF No. 37] to provide the Court with a status update as to ECF Document Nos. 19, 20, 21, and 22.

### The Karp Defendants' Motion to Compel Disclosure
### Under the Court's September 23, 2014 Order (ECF No. 19)
### And the Silvers' Opposition Thereto (ECF No. 21)

At the September 23, 2014 Court conference, the Court ordered the parties to exchange disclosure on mutual bank accounts and mutual bank stock held by the Silvers and the Karps. The parties exchanged such disclosure in December, 2014 and each side contended that the other's disclosure was deficient. Since that time, plaintiffs have retained new counsel, Dickstein Shapiro, LLP. In February, 2015, the undersigned met and conferred with Jeffrey Mitchell, Esq. and Colleen Kilfoyle, Esq. where it was agreed that the parties would exchange a list of mutual banks of which they were aware that members of the Karp and/or Silver families maintained an interest. The parties have since exchanged these lists.

ROSENBERG FORTUNA & LAITMAN·LLP

April 22, 2015
Page 2

## Plaintiff's Motion to Compel Disclosure
## Under the September 23, 2014 Order,
## Plaintiffs' First Request for the Production of Documents and
## First Set of Interrogatories (ECF No. 20) and
## Defendants' Response Thereto (ECF No. 22)

Plaintiffs' motion to compel stock disclosure under the Court's September 23, 2014 Order has been resolved as set forth above. That branch of plaintiffs' motion which was to compel responses to Plaintiffs' First Request for Production of Documents and Plaintiffs' First Set of Interrogatories has also been resolved. These discovery demands - which were served by plaintiffs' prior counsel - have since been withdrawn without prejudice to Dickstein Shapiro serving document demands and interrogatories in accordance with the Scheduling Order dated March 31, 2015.

We look forward to discussing these matters in further detail with the Court at the April 23, 2015 Court conference.

Respectfully submitted,

ANTHONY R. FILOSA

ARF:dmg
Enclosure
cc:   Dickstein Shapiro LLP (**via ECF**)
      Attention:   Jeffrey Mitchell, Esq.
      Dickstein Shapiro LLP (**via ECF**)
      Attention:   Colleen Kilfoyle, Esq.
      Selwyn Karp