**UNITED STATES DISTRICT COURT**      **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**      **MINUTE ORDER**

BEFORE: GARY R. BROWN      DATE: 4/23/2015
      U.S. MAGISTRATE JUDGE      TIME: 11:00 a.m.

CASE: **CV 14-5226 (DRH) (GRB)** SILVER, et al. V. KARP, et al

TYPE OF CONFERENCE: Discovery Conference

APPEARANCES:      Plaintiff : Jeffrey Mitchell and Colleen Kilfoyle

           Defendant : Anthony Filosa and David Rosenberg

**THE FOLLOWING RULINGS WERE MADE:**

☐      Scheduling Order entered.

☐      Settlement conference scheduled for __ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐      Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐      The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒      Other: Conference held regarding [19][20]. Stipulation put on the record. Status conference set for 5/29/2015 at 10:30 a.m.

                SO ORDERED

                /s/ Gary R. Brown
                GARY R. BROWN
                United States Magistrate Judge