# ROSENBERG FORTUNA & LAITMAN LLP

ATTORNEYS AT LAW
666 Old Country Road, Suite 810
Garden City, NY 11530

Telephone: (516) 228-6666
Facsimile: (516) 228-6672

New York City
110 East 59th Street
New York, New York 10022
(212) 980-6666
Not For Service of Legal Papers

Anthony R. Filosa
Partner
david@rosenbergfortuna.com

May 29, 2015

**VIA ECF**

Magistrate Judge Gary R. Brown
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **Re:    Lyle P. Silver, *et al.* v. Selwyn Karp, *et al.*
            United States District Court for the Eastern District of New York
            Civil Action No. 14-cv-05226-(DRH)(GB)**

Dear Magistrate Judge Brown:

    As the Court may recall, this office represents defendant and third-party plaintiff Selwyn Karp and defendants Beth Karp and Jeffrey Karp in the above referenced matter. I write on behalf of counsel for both parties to respectfully request that the status conference currently scheduled for June 4, 2015 be adjourned. Instead, the parties request, subject to the Court's availability, that a settlement conference with clients be held on July 20, 2015 at 10:30 a.m., or as soon thereafter as the Court is available to hear the parties. Counsel likewise requests a status conference be held via telephone with the Court's consent on either July 7 or July 8, 2015 at 10:30 a.m. to discuss any outstanding discovery issues in advance of the settlement conference.

    On behalf of counsel for both parties, we thank the Court for its consideration of this request.

Very truly yours,

Anthony R. Filosa

ARF:kkw
cc:    Dickstein Shapiro, LLP
        Attention: Jeffrey A. Mitchell, Esq. (via ECF)