UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYLE SILVER and DAVID SILVER,<br><br>       Plaintiffs,<br><br>v.<br><br>SELWYN KARP, BETH E. KARP, JEFFREY KARP, BETH KARP & LYLE SILVER PARTNERSHIP and JEFFREY KARP, BETH KARP & DAVID SILVER PARTNERSHIP,<br><br>       Defendants.<br><br>SELWYN KARP,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>SCOTT SILVER,<br><br>       Third-Party Defendant,<br><br>STEPHEN SILVER,<br><br>       Additional Counterclaim Plaintiff | 14-CV-05226 (DRH)(GRB) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** Colleen Kilfoyle of Dickstein Shapiro LLP hereby withdraws her appearance on behalf of Lyle Silver, David Silver, Scott Silver and Stephen Silver (the "**Parties**") in the above-captioned matter.  As of July 31, 2015, Colleen Kilfoyle will no longer be associated with the firm of Dickstein Shapiro LLP.  The Parties continue to be represented in this case by Jeffrey Mitchel and Judith Cohen of Dickstein Shapiro

LLP.  Notices, pleadings, and all other documents given or filed should continue to be served on Jeffrey Mitchell and Judith Cohen.

Dated:  New York, New York
        July 30, 2015

                                      DICKSTEIN SHAPIRO LLP

                                      By: /s/ Colleen Kilfoyle
                                            Jeffrey A. Mitchell
                                            Judith Cohen
                                            Colleen Kilfoyle
                                            1633 Broadway
                                            New York, New York 10019-6708
                                            Telephone:  (212) 277-6500