UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LYLE SILVER, an individual and DAVID SILVER,
an individual,

                                                  Plaintiffs,

                -against-

SELWYN KARP; BETH E. KARP; JEFFREY KARP;
BETH KARP & LYLE SILVER PARTNERSHIP; and
JEFFREY KARP, BETH KARP & DAVID SILVER
PARTNERSHIP,

                                               Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X
SELWYN KARP,

                          Third-Party Plaintiff,

                -against-

SCOTT SILVER,

                         Third-Party Defendant,

STEPHEN SILVER,

                         Additional Counterclaim
                         Plaintiff.
------------------------------------------------------------------X

**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>**

Civil Action No.
14-CV-5226 (DRH) (GRB)

       Plaintiffs, defendants, third-party plaintiff, third-party defendant, and additional counterclaim plaintiff, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the above action and third-party action be and it is voluntarily dismissed, with prejudice.

Dated: Garden City, New York
          December 31, 2015

By: **ROSENBERG FORTUNA & LAITMAN, LLP**

_____
**ANTHONY R. FILOSA**
Attorneys for **Defendant and Third-Party Plaintiff Selwyn Karp and Defendants Beth E. Karp and Jeffrey Karp**
666 Old Country Road, Suite 810
Garden City, New York 11530
(516) 228-6666

By: **DICKSTEIN SHAPIRO LLP**

_____
**JEFFREY MITCHELL**
Attorneys for **Plaintiffs Lyle Silver and David Silver, Third-Party Plaintiff Scott Silver and Additional Counterclaim Plaintiff Stephen Silver**
1633 Broadway, #2C2
New York, New York 10019-6708
(212) 277-6500